FILED IN
COURT OF CRIMINAL APPEALS

September 16, 2015

ABEL ACOSTA, CLERK

PD-1196&1197-15

PD-1196&1197-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/16/2015 1:15:10 PM
Accepted 9/16/2015 2:10:06 PM
ABEL ACOSTA
CLERK

NO.: _____

| | | |
|---|---|---|
| **EVAN STUART FAIRBANKS** | § | **IN THE COURT** |
| **VS.** | § | **OF CRIMINAL APPEALS** |
| **STATE OF TEXAS** | § | **FOR THE STATE OF TEXAS** |

## MOTION TO EXTEND TIME TO FILE PETITIONER'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes EVAN STUART FAIRBANKS, Petitioner in the above styled and numbered cause, and moves this Court to grant an extension of time to file Petitioner's Petition for Discretionary Review, pursuant to Rule 68.2 (c) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 177TH Judicial District Court of Harris County, Texas.

2. The case below was styled the STATE OF TEXAS vs. EVAN STUART FAIRBANKS, and numbered 1388074; 1388075.

3. Petitioner was convicted of Possession of a Controlled Substance.

4. The Petitioner's Petition is due on September 21, 2015.

5. Petitioner's counsel needs additional time to review the record, and to adequately prepare the petitioner's petition for discretionary review.

6. Petitioner requests an extension of time of thirty (30) days to file his petition.

7. This is Petitioner's first request for an extension.

8. This appeal was heard in the First Court of Appeals under cause Nos. 01-14-00124-cr, and 01-14-00125-cr, styled Evan Stuart Fairbanks vs. The State of Texas.

9. On July 28, 2015, the First Court of Appeals entered its opinion affirming the trial court's judgment in these cases.

10. Petitioner filed a motion for rehearing in both cases on August 11, 2015.

11. The First Court of Appeals denied Petitioner's motion for rehearing on August 20, 2015.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that this Court grant this Motion to Extend Time to File the Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ **Connie B. Williams**
**Connie B. Williams**
1314 Texas, Suite 710
Houston, Texas 77002
713-225-3700
713-222-3140-Fax
TBN 21521500
Attorney for Evan Stuart Fairbanks

## CERTIFICATE OF SERVICE

This is to certify that on September 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, Texas, by facsimile transmission to 713-755-6865.

/s/ Connie B. Williams
Connie B. Williams